# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | |
| SPRINGS MEDICAL ASSOCIATES, PC., | Case No.: 20-17026-KHT |
| Debtor. | Chapter: 7 |
| JOLI A. LOFSTEDT,<br>Chapter 7 Trustee, | Adversary Proceeding No.<br>22-1262-KHT |
| Plaintiff, | |
| v. | |
| ERIC PAPALINI, MIKAEL SEAN OAKLEY, LAWRENCE SCOTT WILNER, EQUITIFIRST FUNDING INC., SUMMIT PRIMARY AND PAIN LLC, SUMMIT PRIMARY CARE PLLC, SERENDIPITY RESOURCES, LLC, BRENDA BARTELS, HANES AND BARTELS LLC, and THE CAMBRIDGE GROUP LLC, | |
| Defendants. | |

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS MIKAEL SEAN OAKLEY, SUMMIT PRIMARY AND PAIN LLC, AND SERENDIPITY RESOURCES, LLC**

THIS MATTER is before the Court on the Motion to Withdraw as Counsel for *Defendants Mikael Sean Oakley, Summit Primary and Pain LLC, and Serendipity Resources, LLC* filed by Allen Vellone Wolf Helfrich & Factor P.C. ("AVWHF"). The Court being fully advised in the premises, it is hereby

ORDERED that the Motion to Withdraw is GRANTED. AVWHF, including its attorneys Averil K. Andrews, Patrick D. Vellone, and Jeffrey A. Weinman, are hereby withdrawn as counsel of record for *Defendants Mikael Sean Oakley, Summit Primary and Pain LLC, and Serendipity Resources, LLC* in this matter, effective immediately.

DATED this 27th day of August, 2025.

BY THE COURT

*Kimberley H Th—*

United States Bankruptcy Judge